Joe Peterson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Duval.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Henry Scott, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Columbia.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Ben Adams, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for the County of Columbia.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.